## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 11CV2995  Assigned/Issued By: MGH

Judge Name: HIBBLER  Designated Magistrate Judge: NOLAN

**FEE INFORMATION**

*Amount Due:* ☐ $350.00  ☐ $39.00  ☐ $5.00

☐ IFP  ☐ No Fee  ☐ Other _____

☐ $455.00

Number of Service Copies –_____  Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____  Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

**ISSUANCES**

☐ Summons  ☐ Alias Summons

☐ Third Party Summons  ☐ Lis Pendens

☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons  _____

☑ Citation to Discover Assets  *(Victim, Against and $ Amount)*

☐ Writ _____  ☐ Other

(Type of Writ)  _____

(Type of issuance)

1 Original and 1 copies on 2/2/12 as to MOORE JAGUAR/ASTON
(Date)
MARTIN, INC. (NO NOTICE)_____

_____